1  David B. Mills, OSB #77281
   ATTORNEY AT LAW
2  115 W. 8th Ave., Suite 390
   Eugene, Oregon 97401
3  Phone: (541) 484-1216
   Fax: (541) 484-5326
4

5  Attorney for Plaintiff

6

7

8              IN THE UNITED STATES BANKRUPTCY COURT

9                    FOR THE DISTRICT OF OREGON

10 In re                                )
                                        )   Case No. 09-61564-fra7
11 Donald A. Dayan and Patricia A. Dayan,)
                                        )   Adv. Proc. No. 09-06141-fra
12              Debtors.                )
                                        )
13 ─────────────────────────────        )
   David F. Wurst, Trustee,             )   COMPLAINT
14                                      )
                Plaintiff,              )   (Claim for Breach of Title Insurance
15                                      )     Policy)
         vs.                            )
16                                      )
   Fidelity National Financial,         )
17                                      )
                Defendant.              )
18 ─────────────────────────────        )

19

20      Plaintiff alleges:

21                          **JURISDICTION**

22      1.    This is a core proceeding over which the Court has jurisdiction pursuant to

23 28 USC §§ 157 and 1334 and United States District Court Local Rule 2100.  The matter

24 in controversy arises under 11 USC § 541.  Venue is proper pursuant to 28 USC § 1409.

25      2.    This adversary proceeding is one arising in the case of *In re Donald A.*

26 *Dayan and Patricia A. Dayan*, US Bankruptcy Court Case No. 09-61564-fra7, under

27

28                                                                  **David B. Mills**
                                                                    115 W. 8th Ave., #390
                                                                    Eugene, Oregon  97401
   Page 1 of 3    COMPLAINT (Collection of Amount Due)               Phone: (541) 484-1216
                                                                    Fax: (541) 484-5326

1 | Chapter 7 of Title 11.  Debtors filed a voluntary petition under Chapter 7 of the
2 | Bankruptcy Code on April 3, 2009.
3 |     3.    Plaintiff is the duly qualified Chapter 7 Trustee herein.
4 |     4.    At all times material herein defendant is the successor to Lawyers Title
5 | Insurance Corporation

### CLAIM FOR RELIEF

### (Claim Under Title Insurance Policy)

8 |     5.    Plaintiff realleges paragraphs 1 through 4.
9 |     6.    In or about February, 2006 debtors purchased an Owner's Policy of Title
10 | Insurance dated February 3, 2006 from Lawyers Title Insurance Corporation.
11 |     7.    The Preliminary Title Report issued by Lawyers Title Insurance
12 | Corporation to debtors did not include an exception for the Fire Turn-Around Easement
13 | burdening the property being purchased by the debtors. The Fire Turn-Around Easement
14 | covered approximately 1200 square feet of the 6970 square foot lot. The Easement was
15 | not properly identified on the Preliminary Title Report and the issued title insurance
16 | policy..
17 |     8.    Debtor has performed all conditions precedent to recovery under the title
18 | insurance policy.
19 |     9.    Despite demand, defendant breached the title insurance policy by failing to
20 | pay the claim of the debtors in the amount of $53,320.
21 |     10.    Plaintiff is entitled to recover attorney fees incurred herein pursuant to ORS
22 | 742.061.
23 | WHEREFORE, plaintiff prays for judgment as follows:
24 |     1.    In favor of plaintiff and against defendant in the amount of $53,320
25 | together with interest at the legal rate from the date of the filing of this
26 | compalint until paid, and for reasonable attorney fees and expenses incurred

**David B. Mills**
115 W. 8th Ave., #390
Eugene, Oregon  97401
Phone: (541) 484-1216
Fax: (541) 484-5326

by plaintiff.

2. For plaintiff's costs and disbursements; and

3. For all other relief which is just and equitable.

By: /s/ David B. Mills
David B. Mills, OSB #77281
Attorney for Plaintiff

**Page 1 of 3**   COMPLAINT (Collection of Amount Due)

**David B. Mills**
115 W. 8th Ave., #390
Eugene, Oregon  97401
Phone: (541) 484-1216
Fax: (541) 484-5326